No. 82–666. MILLER BREWING CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 82–876. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY v. FOWLER ET AL. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. For THE CHIEF JUSTICE's views concerning this case, see *Spalding* v. *Aiken, ante,* p. 1093.

No. 82–986. MARYLAND v. DIEHL. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1409. BALKCOM, WARDEN, GEORGIA STATE PRISON v. GOODWIN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1051. BENDETTI v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to file supplement to petition for writ of certiorari granted. Certiorari denied.